IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EVGENY FIRSOV,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF HONOLULU, ET AL.,<br><br>　　　　　Defendants. | Civil No. 23-00429 LEK-KJM<br><br>ORDER DENYING MOTION TO PROVIDE AN INTERPRETER |

ORDER DENYING MOTION TO PROVIDE AN INTERPRETER

Pro se plaintiff Evgeny Firsov ("Plaintiff") filed a Motion to Provide an Interpreter on November 2, 2023 ("Motion"). ECF No. 6. Plaintiff contends that he is an asylee and English is not his native language. *Id*. at 2. He asserts that he can only "partially understand spoken English" and can express "thoughts orally in English with significant limitations and difficulties." *Id*. The Motion thus asks the Court to provide Plaintiff with an interpreter for "all actions that involve oral communication." *Id*.

The Court decides the Motion without a hearing pursuant to Rule 7.1(d) of the Local Rules of Practice for the United States District Court for the District of Hawaii. After carefully considering the Motion, applicable law, and record in this case, the Court DENIES the Motion.

Although the Court sympathizes with Plaintiff's limitations and difficulties with English, there is no constitutional right to free interpreter services in federal civil cases.  *United States v. Si*, 333 F.3d 1041, 1043 n.3 (9th Cir. 2003) (citing *Perovich v. United States*, 205 U.S. 86, 91 (1907) (noting that the United States Supreme Court has not yet recognized a constitutional right to a court-appointed interpreter)).  "The established rule is that the expenditure of public funds is proper only when authorized by Congress . . . ."  *United States v. MacCollom*, 426 U.S. 317, 321 (1976).  The Court is unaware of any statute authorizing the expenditure of public funds for a court appointed interpreter in a civil action.  Accordingly, if Plaintiff would like an interpreter in this case, he must retain one on his own and at his own expense.

For the foregoing reasons, the Court DENIES the Motion.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, November 8, 2023.

Kenneth J. Mansfield
United States Magistrate Judge

Civil No. 23-00429 LEK-KJM; *Firsov v. City and County of Honolulu, et al.*; Order Denying Motion to Provide an Interpreter